**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMELIA FLAVIN,<br><br>Plaintiff,<br><br>-against-<br><br>THE TERRYVILLE FIRE DISTRICT, and EDWARD SIMONETTI, in his official and individual capacities,<br><br>Defendants. | Civil Action No. 2:26-cv-05550-AYS |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Kindly enter my appearance as counsel on behalf of Defendants in the above-captioned action. I certify that I am admitted to practice before this Court.

Dated: Melville, New York
October 6, 2026

*/s/ Kimberly N. Dobson*
Kimberly N. Dobson
**LITTLER MENDELSON, P.C.**
290 Broadhollow Road, Suite 305
Melville, NY 11747
631.247.4700
kdobson@littler.com

*Attorneys for Defendants*